UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LUTHER MCFARLAND**                                                          CIVIL ACTION

VERSUS                                                                                NO. 11-0439

**BURL CAIN, WARDEN**                                                  SECTION "C"(5)

<u>ORDER</u>

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Luther McFarland for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Grand Jury Proceeding and *In Camera* Inspection Reviewing the Witness Testimony for Any Inconsistent Statement and Exculpatory Material is hereby **DISMISSED AS MOOT**.  (Rec. Doc. 11).

New Orleans, Louisiana, this 30th day of March, 2012.

UNITED STATES DISTRICT JUDGE